# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| FRANCES L. SCHAFER, | : | Bankruptcy No. 08-13812DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 9th day of March 2009, upon consideration of the Motion of the Chapter 13 Trustee to Dismiss (the "Motion") the Chapter 13 case of Frances L. Schafer, after notice and hearing, and for the reasons stated in the accompanying Memorandum Opinion;

It is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.

DIANE WEISS SIGMUND
United States Bankruptcy Judge